#61090

# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net
http://www.trusteblogs.com/degirolamotrustee.aspx

FILED
2011 JUN -7 PM 12: 23
US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

June 3, 2011

United States Bankruptcy Court
Attn: Clerk
401 McKinley Avenue SW
Canton, Ohio 44702

Re: In re Pfahler, Case No. 09-63589

Dear Clerk:

Enclosed please find check no. 114 for unclaimed funds in the above mentioned case.

| Amount | Creditor Name | Creditor Address |
|---|---|---|
| $295.35 | Chase Bank USA NA | P.O. Box 15145<br>Wilmington, Delaware 19850 |

Very truly yours,

Anthony J. DeGirolamo

ENC

amw